IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Sandra Dunn,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PMAB, LLC,<br><br>　　　　　　　　　　　　　　Defendant. | Civil Action No. 3:18-cv-3127-JFA |

## **NOTICE OF SETTLEMENT AND REQUEST TO ENTER RUBIN ORDER AS TO PMAB, LLC**

Plaintiff Sandra Dunn and Defendant PMAB, LLC, have agreed to settle the above entitled action. Plaintiff Sandra Dunn requests that the Court enter a *Rubin Order* to allow time to consummate the agreement. The parties will reinstate the action within sixty (60) days if the settlement is not consummated.

DAVE MAXFIELD, ATTORNEY, LLC

By:   s/ Dave Maxfield
　　　David A. Maxfield, Fed. ID 6293
　　　P.O. Box 11865
　　　Columbia, SC 29211
　　　803-509-6800
　　　855-299-1656 (fax)
　　　dave@consumerlawsc.com
　　　*Counsel for Plaintiff*

DATED: June 4, 2019

Columbia, South Carolina