IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Sandra Dunn, | ) | C/A No.: 3:18-3127-JFA |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PMAB, LLC, | ) | |
| Defendant. | ) | |
| | ) | |

The court having been advised by counsel for the parties that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within a reasonable time, either party may within sixty (60) days petition the court to reopen the action and restore it to the calendar, Rule 60(b)96), Fed. R. Civ. P. In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978).

The dismissal hereunder shall be *with prejudice* if no action is taken under either alternative within sixty (60) days from the filing date of this Order.

IT IS SO ORDERED.

*[signature: Joseph F. Anderson, Jr.]*

JOSEPH F. ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

June 6, 2019
Columbia, South Carolina