IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Sandra Dunn,<br><br>    Plaintiff,<br><br>vs.<br><br>PMAB, LLC,<br><br>    Defendant | C/A No. 3:18-cv-3127-JFA |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PMAB, LLC

Plaintiff Sandra Dunn hereby dismisses her claims against the PMAB, LLC with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

NOW THEREFORE, it is hereby stipulated that the claims of the Plaintiff Sandra Dunn against PMAB, LLC are dismissed with prejudice. Each party agrees to bear its own attorneys fees and costs.

WE SO STIPULATE:

| | |
|---|---|
| s/ Dave Maxfield | s/Christian H. Staples |
| Dave Maxfield, Fed. ID 6293 | Christian H. Staples, Fed. ID 12118 |
| Dave Maxfield, Attorney, LLC | Shumaker, Loop & Kendrick, LLP |
| P.O. Box 11865 | 101 S. Tryon St., Ste. 2200 |
| Columbia, SC 29211 | Charlotte, NC 28280 |
| (803) 509-6800 | (704) 375-0057 |
| (855) 299-1656 fax | (704) 332-1197 |
| dave@consumerlawsc.com | cstaples@slk-law.com |
| *Attorney for Plaintiff* | *Attorney for PMAB, LLC* |

DATED: July 12, 2019